**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 527 MAL 2023
                                 :
             Petitioner :
                                 : Petition for Allowance of Appeal
                                 : from the Order of the Superior Court
       v. :
                                   :
                                   :
NASIR HASSAN SALEEM JR., :
                                   :
             Respondent :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.